**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Paul B. JOHNSON, Defendant—**
**Appellant.**

No. 03–30294.

D.C. No. CR–02–00223–BJR.

United States Court of Appeals,
Ninth Circuit.

Submitted March 4, 2004.[*]

Decided March 11, 2004.

Karyn S. Johnson, USSE–Office Of The U.S. Attorney, Seattle, WA, for Plaintiff–Appellee.

Robert M. Leen, Seattle, WA, for Defendant–Appellant.

Before O'SCANNLAIN, RYMER, and BYBEE, Circuit Judges.

MEMORANDUM[**]

Appellant Paul B. Johnson ("Johnson") appeals his sentence for multiple counts of bank fraud. We affirm.

Johnson alleges a technical violation of FED. R.CRIM. P. 32(i)(1)(A). Defense counsel's memorandum and brief challenging the pre-sentence report in district court and his oral argument at sentencing establish that Johnson had read the pre-sentence report and discussed it with counsel.

---

[*] This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

See United States v. Lewis, 880 F.2d 243, 245–46 (1989), abrogated on other grounds by Lozada v. Deeds, 964 F.2d 956 (9th Cir.1992). The district court's failure to ask if Johnson had done so was therefore harmless. See United States v. Davila–Escovedo, 36 F.3d 840, 844 (9th Cir.1994).

The marital exception does not apply because Johnson had notice that his telephone call was monitored by prison authorities. See United States v. Marashi, 913 F.2d 724, 729 (9th Cir.1990). The district court's finding that the purpose of Johnson's call was to direct his wife to instruct another participant in the fraudulent scheme to lie to investigators is not clearly erroneous. See United States v. Jimenez, 300 F.3d 1166, 1170 (9th Cir. 2002).

The district court's conclusion that the call rendered him ineligible for an acceptance of responsibility reduction pursuant to U.S.S.G. § 3E1.1(a), (b) and warranted an increase for obstruction of justice pursuant to U.S.S.G. § 3C1.1 was not clearly erroneous. See United States v. Sayetsitty, 107 F.3d 1405, 1410 (9th Cir.1997).

**AFFIRMED.**

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.